# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                 MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –16)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 349 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. *The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof.* If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Mar 22, 2018<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Jeffery N. Lüthi*<br>Jeffery N. Lüthi<br>Clerk of the Panel |

I hereby certify that this instrument is a true and correct copy of
the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court
Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk



IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                  MDL No. 2804

## SCHEDULE CTO−16 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **DELAWARE** | | | |
| ~~DE~~ | ~~1~~ | ~~18−00383~~ | ~~State of Delaware v. Purdue Pharma L.P. et al~~ Opposed 3/21/18 |
| **GEORGIA MIDDLE** | | | |
| GAM | 3 | 18−00031 | MADISON COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GAM | 3 | 18−00032 | WALTON COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GAM | 7 | 18−00040 | COOK COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GAM | 7 | 18−00041 | IRWIN COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 2 | 18−00029 | Hall County, Georgia v. AmerisourceBergen Drug Corporation et al |
| **GEORGIA SOUTHERN** | | | |
| GAS | 4 | 18−00047 | City of Richmond Hill, Georgia v. Amerisourcebergen Drug Corporation et al |
| GAS | 5 | 18−00020 | Bacon County Hospital Foundation, Inc. v. Amerisourcebergen Drug Corporation et al |
| **INDIANA NORTHERN** | | | |
| INN | 4 | 18−00013 | West Lafayette City of v. Purdue Pharma LP et al |
| **IOWA SOUTHERN** | | | |
| IAS | 4 | 18−00072 | Black Hawk County et al v. Purdue Pharma LP et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 18-03394 | TOWNSHIP OF TEANECK, NEW JERSEY v. PURDUE PHARMA LP et al |

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 18-00061 | Cleveland County v. Purdue Pharma L.P. et al |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 2 | 18-00030 | Hawkins County, TN v. Amerisourcebergen Drug Corporation et al (TV3) |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 18-00751 | El Campo Memorial Hospital et al v. McKesson Corporation et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| ~~WVS~~ | ~~2~~ | ~~18-00413~~ | ~~The County Commission of Clay County v. Purdue Pharma, L.P. et al~~  **Opposed 3/20/18** |
| WVS | 3 | 18-00400 | The City of Winfield, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 3 | 18-00401 | The City of Hurricane, West Virginia v. AmerisourceBergen Drug Corporation et al |